IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                       **PLAINTIFF**

v.                                           Case No. 4:22-cv-00027-KGB-JJV

**CYMBER TADLOCK** *et al.*                                                                              **DEFENDANTS**

**ORDER**

Before the Court are two Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 20–21) (hereinafter "Recommendation I" and "Recommendation II, respectively").

In Recommendation I, dated March 3, 2022, Judge Volpe recommends dismissing without prejudice plaintiff Terry Lamar McCoy's motion for a Temporary Restraining Order ("TRO") (Dkt. Nos. 18; 20) and certifying that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1] Mr. McCoy filed belated objections in the form of a duplicative motion for a TRO and injunctive relief, wherein he restated the same basic justifications for relief as he did in his prior filings (Dkt. No. 26).[2] After careful consideration, and a *de novo* review of the record, the Court concludes that Recommendation I should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court denies without prejudice Mr. McCoy's motion for a TRO (Dkt. Nos. 18, 20, 26). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Judge Volpe submitted Recommendation II on March 3, 2022 (Dkt. No. 21). Mr. McCoy

---

[1] The Court construes Dkt. No. 18 as a brief in support of Mr. McCoy's amended complaint and a motion for a TRO. As Judge Volpe already dealt with the issue of amendments to the complaint, the Court does not address that issue here (*see generally* Dkt. Nos. 8; 25).

[2] On March 29, 2022, Judge Volpe instructed the Clerk to change the duplicative motion to an objection to Recommendation I (Dkt. No. 27).

filed no objections, and the time for filing objections has passed. After careful consideration, the Court concludes that Recommendation II should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. McCoy may proceed with his COVID-19 claims against defendants Iverson and Elkins (Dkt. No. 21, at 5). The Court dismisses without prejudice Mr. McCoy's remaining claims and defendants Tadlock, Hunter, Woods, Gorman, Adams, Smith, Baker, Hickman, Ross, Jacobs, Sloan, Carter, and Brownly (*Id.*).

It is so ordered this 12th day of September, 2022.

Kristine G. Baker
United States District Judge