**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TERRY LAMAR MCCOY**                                                                           **PLAINTIFF**

**v.**                                        **Case No. 4:22-cv-00027-KGB**

**CYMBER TADLOCK,** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is *pro se* plaintiff Terry Lamar McCoy's motion to reopen case (Dkt. No. 64).  Mr. McCoy represents that he wishes to "reopen" his secondhand smoke claim, which the United States Magistrate Judge assigned to this case, in conditionally granting Mr. McCoy's application to proceed *in forma pauperis*, required Mr. McCoy to abandon as factually and legally distinct from his COVID-19 claim (*see* Dkt. No. 8).  Mr. McCoy then filed an amended complaint based only upon his COVID-19 claim (Dkt. No. 17).  He subsequently settled his COVID-19 claim and consented to the dismissal of this case with prejudice (*see* Dkt. No. 60).  The Court accordingly entered a judgment dismissing this action with prejudice (Dkt. No. 62).  As such, this case is closed.  The Court therefore denies the motion to reopen (Dkt. No. 64).  If Mr. McCoy wishes to pursue his secondhand smoke claim, he may do so by filing a separate lawsuit.

It is so ordered this the 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge